```
             UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| **RICHARD NEYLAND** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1773** |
| **SUSAN HUTSON, ET AL.** | **SECTION "B"(2)** |

### OPINION

Considering the Court's Show Cause Order (Rec. Doc. 45) and counsel's Memorandum in response (Rec. Doc. 46),

On September 20, 2023, the Court ordered counsel for Defendants Wellpath, LLC, Amanda Robert, and Shalita Simeon to show cause in writing why they should not be sanctioned for failure to appear at the scheduling conference held on September 19, 2023. Rec. Doc. 45. Counsel timely responded, explaining why they missed the Court's Rule 16 Scheduling Conference. Rec. Doc. 46.

In view of their candid response, the Court will forego issuance of sanctions at this time. However, we remind counsel to remain vigilant of their professional obligations to their clients, opposing counsel, and the Court, pursuant to Federal Rule of Civil Procedure 1's directive. Future lapses and failures to follow the Court's orders, deadlines, and other sanctionable behavior will not be treated as favorably.

New Orleans, Louisiana this 21st day of September, 2023

_____
SENIOR UNITED STATES DISTRICT JUDGE