UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RICHARD NEYLAND ET AL**  **CIVIL ACTION**

**VERSUS**  **NO. 23-1773**

**SUSAN HUTSON ET AL**  **SECTION "B"(2)**

## ORDER

Considering defendant Wellpath, LLC's suggestion of bankruptcy and notice of stay (Rec. Doc. 85), and without record objection or modification,

**IT IS HEREBY ORDERED** that the above-captioned case is **STAYED, and for statistical purposes only, ADMINISTRATIVELY CLOSED** without prejudice to the parties' rights to reopen the case after the conclusion of the bankruptcy proceeding or once the stay is lifted or otherwise modified giving the parties permission to proceed with litigation that may impact defendant's assets.

**IT IS FURTHER ORDERED** that **no later than thirty (30) days after the conclusion of the bankruptcy proceeding**, parties shall file either a motion to reopen plaintiff's claims against defendants and set a preliminary conference, or a joint motion to voluntary dismiss all claims against defendants. **FAILURE TO TIMELY COMPLY WITH THIS ORDER MAY LEAD TO SANCTIONS, INCLUDING DISMISSAL OF PETITION OR DEFENSES, WITHOUT FURTHER NOTICE.** *See* Fed. R. Civ. P. 41(b).

New Orleans, Louisiana this 25th day of November, 2024

Senior United States District Judge